**Joseph Samuel REVELS,
Plaintiff–Appellant,**

v.

**Ira SHOCKLEY, Warden and others;
Atlantic General Hospital and
others, Defendants–Appellees.**

No. 03–6511.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 18, 2003.

Joseph Samuel Revels, Appellant Pro Se. Kevin Bock Karpinski, Allen, Karpinski, Bryant & Karp, Baltimore, Maryland; Curtis Henry Booth, Cowdrey, Thompson & Karsten, Annapolis, Maryland; Stephen B. Awalt, Jenkins & Awalt, Towson, Maryland, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Samuel Revels appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Revels v. Shockley*, No. CA–02–3549–1 WMN (D.Md. Mar. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*